# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4002

_____

| | | |
|---|---|---|
| David W. Blakley, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Kansas City Missouri School District; | * | Western District of Missouri. |
| Board of Directors of KCMSD; | * | |
| Bernard Taylor, Jr., Dr.; | * | [UNPUBLISHED] |
| Phyllis Budeshym, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 16, 2007
Filed: February 23, 2007

_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

David W. Blakley appeals the district court's[1] adverse grant of summary judgment on his discrimination and retaliation claims against the Kansas City Missouri School District and others. Upon a careful de novo review of the record and

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

the parties' submissions on appeal, we affirm the district court's well-reasoned decision.  <u>See</u> 8th Cir. R. 47B.

_____